IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**Greenbelt Division**

| | | |
|---|---|---|
| In re: | * | |
| EYAL SAMUEL ROSENSTOCK | * | Case No. 18-19227-LSS |
| | | Chapter 13 |
| Debtor. | * | |
| * * * * * * * | * | * * * * * |
| EYAL SAMUEL ROSENSTOCK | * | Adversary No.: 23-00020 |
| Plaintiff, | * | |
| vs. | * | |
| MARIA PINEIRO PEREZ | * | |
| and | * | |
| MANUEL BISMARCK TORRES NEGRON | * | |
| Defendants | * | |
| * * * * * * * | * | * * * * * |

AFFIDAVIT OF SUMMONS SERVICE

I, David E. Cahn, hereby certify that on January 29, 2023, a copy of the Summons and Notice of Pre-Trial Conference, Plaintiff's Complaint for Contempt and Damages for the Violation of the Automatic Stay and Exhibits thereto were served via USPS first class mail, postage prepaid, to:

Maria Pineiro Perez
Urb Paseo Los Robles Las Colinas II
Apt. 1305
Mayaguez, PR  00682

Manuel Bismarck Torres
Negron
14 Betances Street
San Sebastián, PR 00685

                                                  /s/ David E. Cahn
                                                  David E. Cahn, Bar No. 18279
                                                  The Law Office of David Cahn, LLC
                                                  129-10 W. Patrick St., 2nd Fl.
                                                  Frederick, MD 21701
                                                  Ph: (301) 799-8072/F: (877) 862-5426
                                                  cahnd@cahnlawoffice.com
                                                  *Attorney for the Plaintiff/Debtor*